UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNATHAN M. FISHBEIN, M.D., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 1:05CV01803 (RMU) |
| v. ) | |
| ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES, ) | |
| NATIONAL INSTITUTES OF HEALTH, ) | |
| ) | |
| *Defendants*. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Johnathan M. Fishbein, through counsel, hereby submits a Notice of Voluntary Dismissal of the above-captioned action. Plaintiff's notice is filed pursuant to Fed. R. Civ. P. 41(a)(1)(i) which provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs..." Plaintiff files this Notice of Voluntary of Dismissal before service of the summons and complaint upon the named defendants and prior to the filing by defendants of an answer or motion for summary judgment. Accordingly, plaintiff is entitled to a voluntary dismissal of this action without order of court.

Respectfully submitted,

_____/s/_____
Stephen M. Kohn, D.C. Bar #411513
KOHN, KOHN & COLAPINTO, LLP
3233 P Street, N.W.
Washington, D.C. 20007-2756
Phone: (202) 342-6980
Fax: (202) 342-6984
Attorneys for Plaintiff

Dated: December 13, 2005